| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas |
| Case number (*If known*): 24-90531 (CML)    Chapter 15 |

☑ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  
Light S.A. - Em Recuperação Judicial

**2. Debtor's unique identifier**

**For non-individual debtors:**
- ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
- ☑ Other 03.378.521/0001-75 . Describe identifier Brazilian Tax ID .

**For individual debtors:**
- ☐ Social Security number: xxx – xx– ___ ___ ___ ___
- ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___
- ☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**  
Antonio Reinaldo Rabelo Filho

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  
Appointed by the Debtor's Board of Officers as foreign representative of the Debtor in connection with the foreign proceeding (case number 0843430-58.2023.8.19.0001) pending before the 3rd Business Court of Rio de Janeiro.

**5. Nature of the foreign proceeding**

*Check one:*
- ☑ Foreign main proceeding
- ☐ Foreign nonmain proceeding
- ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**
- ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.
- ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.
- ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
  A certified copy, translated into English, of (i) the decision commencing the foreign proceeding and (ii) the Debtors' Board of Officers' resolution appointing the foreign representative.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
- ☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.) The Debtor is also a debtor in a scheme of arrangement (the "English Proceeding") pursuant to Part 26 of the United Kingdom Companies Act 2006 in the Chancery Division (Companies List) of the High Court of Justice of England and Wales (the "English Court"). The case number for the English Proceeding before the English Court is CR-2024-004416.
- ☐ Yes

| Debtor | Light S.A. - Em Recuperação Judicial | Case number (*if known*) 24-90531 (CML) |
|---|---|---|
| | Name | |

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

Av. Marechal Floriano No. 168, Centro
Number   Street

_____
P.O. Box

Rio de Janeiro      RJ      20.080-002
City       State/Province/Region   ZIP/Postal Code

Brazil
Country

**Individual debtor's habitual residence:**

_____
Number   Street

_____
P.O. Box

_____
City       State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Rua Barão da Torre, 550, Apt. 201, Ipanema
Number   Street

_____
P.O. Box

Rio de Janeiro      RJ      22411-002
City       State/Province/Region   ZIP/Postal Code

Brazil
Country

**10. Debtor's website (URL)**

http://ri.light.com.br/en/

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

　　☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

　　☐ Partnership

　　☐ Other. Specify: _____

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

| Debtor | Light S.A. - Em Recuperação Judicial | Case number (if known) 24-90531 (CML) |
|---|---|---|
| | Name | |

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ Antonio Reinaldo Rabelo Filho          Antonio Reinaldo Rabelo Filho
Signature of foreign representative       Printed name

Executed on   10/16/2024
              MM / DD / YYYY

✗ _____        _____
Signature of foreign representative       Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ Charles R. Koster                       Date   10/16/2024
Signature of Attorney for foreign representative   MM / DD / YYYY

Charles R. Koster
Printed name

White & Case LLP
Firm name

609 Main Street, Suite 2900
Number       Street

Houston                                   TX            10020
City                                      State         ZIP Code

(713) 496-9700                            charles.koster@whitecase.com
Contact phone                             Email address

24128278                                  TX
Bar number                                State