**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re | ) |
| | ) |
| | ) Case No. 24-90531 (CML) |
| *Light S.A. – Em Recuperção Judicial*,[1] | ) |
| | ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 |
| | ) **Re: Docket No.** |

**ORDER GRANTING COMPLEX CHAPTER 15 BANKRUPTCY CASE TREATMENT**

On October 15, 2024, the above-captioned debtor (the "**Chapter 15 Debtor**") filed this chapter 15 case and the *Notice of Designation as Complex Chapter 15 Case* (the "**Notice**"). Based on its review of the initial pleadings, the Court concludes that the complex chapter 15 case designation is appropriate. Accordingly, the Court hereby orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to this chapter 15 case. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3. The Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**") apply to this chapter 15 case, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) does not apply.

    b. Rule 83.1 of the Local Rules of the United States District Court of the Southern District of Texas (the "**Local District Court Civil Rules**") applies.

    c. Appendix A to the Local District Court Civil Rules applies.

    d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 15 Cases in the Southern District of Texas, the Procedures for Complex Chapter 15 Cases in the Southern District of Texas govern.

---

[1] The debtor in this chapter 15 case (the "**Chapter 15 Case**") and the last four digits of the tax number in the jurisdiction in which it pays taxes is Light S.A. (01-75 – Brazil) (the "**Chapter 15 Debtor**").

Dated: _____, 2024
Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE