IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re | ) )  ) Case No. 24-90531 (CML) |
| *Light S.A. - Em Recuperação Judicial*,[1] | ) ) ) |
| Debtor in a Foreign Proceeding. | ) Chapter 15 ) |

**FOREIGN REPRESENTATIVE'S AGENDA OF MATTERS SET FOR HEARING ON NOVEMBER 12, 2024 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

Antonio Reinaldo Rabelo Filho, in his capacity as Petitioner and Foreign Representative (the "**Foreign Representative**") of the above-captioned debtor (the "**Chapter 15 Debtor**") files this agenda of matters set for hearing on November 12, 2024 at 9:00 a.m. (prevailing Central Time):

I. **Recognition and Full Force and Effect Motion**.  Petitioner's Verified Motion for Recognition and Motion for Order Granting Full Force and Effect to Brazilian RJ Plan and Related Relief Pursuant to U.S.C. §§ 105, 1145(a), 1507(a), 1509(a), 1515, 1517, 1520, and 1521 [Docket No. 2]

   A. Related Documents:

   1. Chapter 15 Petition for Recognition of Foreign Proceeding [Docket No. 1]

   2. Declaration of Luiz Roberto Ayoub Pursuant to 28 U.S.C. § 1746 in Support of the Petitioner's Verified Motion for Recognition and Motion for Order Granting Full Force and Effect to Brazilian RJ Plan and Related Relief Pursuant to U.S.C. §§ 105, 1145(a), 1507(a), 1509(a), 1515, 1517, 1520, and 1521 [Docket No. 3]

   3. Amended Chapter 15 Petition for Recognition of a Foreign Proceeding [Docket No. 8]

---

[1] The last four digits of the tax number in the jurisdiction in which the Chapter 15 Debtor pays taxes is 01-75 – Brazil.

4. Notice of Hearing on Foreign Representative's <u>Emergency</u> Motion for Order (I) Setting Recognition Hearing, and (II) Specifying Form and Manner of Service of Notice [Docket No. 14]

5. Order (I) Scheduling Recognition Hearing, and (II) Specifying Form and Manner of Service Notice [Docket No. 17]

6. Order Granting Complex Chapter 15 Bankruptcy Case Treatment [Docket No. 18]

7. Certificate of Service [Docket No. 20]

8. Notice of Filing and Hearing on Petitions Under Chapter 15 of the United States Bankruptcy Code [Docket No. 21]

9. Certificate of Service [Docket No. 22]

10. Foreign Representative's Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology [Docket No. 26]

11. Foreign Representative's Witness and Exhibit List for Hearing Scheduled for November 12, 2024, at 9:00 A.M. (Prevailing Central Time) [Docket No. 27]

12. Revised Proposed Order Granting (I) Recognition of Brazilian Proceeding, (II) Full Force and Effect to Brazilian RJ Plan, and (III) Certain Related Relief [Docket No. 29]

**Status**: Going forward.

Dated: November 11, 2024
Houston, Texas

/s/ Charles R. Koster
**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 496-9700
Facsimile: (713) 496-9701
Email:  charles.koster@whitecase.com

John K. Cunningham (*pro hac vice* pending)
Ricardo M. Pasianotto (*pro hac vice* pending)
David Kim (*pro hac vice* pending)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  jcunningham@whitecase.com
        ricardo.pasianotto@whitecase.com
        david.kim@whitecase.com

Richard S. Kebrdle (*pro hac vice* pending)
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  rkebrdle@whitecase.com

*Attorneys for Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*

## Certificate of Service

      I certify that on November 11, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                  /s/*Charles R. Koster*
                                                                  Charles R. Koster